No. 03–7207. ALEXANDER *v.* UNITED STATES; and

No. 03–7343. ALEXANDER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 73 Fed. Appx. 78.

No. 03–7216. DIAZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–7226. MORAGA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 03–7232. WINSETT *v.* PRINCIPI, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 03–7234. DADI *v.* HARO, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 03–7254. SALDANA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–7261. MUSSAYEK, AKA MUSSAYEL, AKA MUSSYEV *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–7263. MCCAULEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–7264. QUINONES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–7265. TAYLOR *v.* CIRCUIT COURT OF VIRGINIA, PAGE COUNTY. Sup. Ct. Va. Certiorari denied.

No. 03–7266. VARGAS *v.* ABBOTT, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 03–7267. WOMACK *v.* COMMISSIONER OF DEPARTMENT OF MEDICAL ASSISTANCE SERVICES OF VIRGINIA. C. A. 4th Cir. Certiorari denied.

No. 03–7273. OMUNA *v.* INTERNAL REVENUE SERVICE ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–7284. REDDITT *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.